Note: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONTINENTAL SERVICE GROUP, INC.,**
*Plaintiff*

**PIONEER CREDIT RECOVERY, INC.,**
*Consolidated-Plaintiff*

**COLLECTION TECHNOLOGY, INC., PROGRESSIVE FINANCIAL SERVICES, INC.,**
*Intervenor-Plaintiffs*

**ALLTRAN EDUCATION, INC.,**
*Intervenor-Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**CBE GROUP, INC., PREMIERE CREDIT OF NORTH AMERICA, LLC, GC SERVICES LIMITED PARTNERSHIP, FINANCIAL MANAGEMENT SYSTEMS, INC., VALUE RECOVERY HOLDINGS, LLC, WINDHAM PROFESSIONALS, INC.,**
*Intervenor-Defendants-Appellees*

---

2017-2155

---

Appeal from the United States Court of Federal Claims in Nos. 1:17-cv-00449-SGB and 1:17-cv-00499-SGB, Chief Judge Susan G. Braden.

-------------------------------------------------------------------------------

**ACCOUNT CONTROL TECHNOLOGY, INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant*

**PREMIERE CREDIT OF NORTH AMERICA, LLC, GC SERVICES LIMITED PARTNERSHIP, FINANCIAL MANAGEMENT SYSTEMS, INC., VALUE RECOVERY HOLDINGS, LLC, CBE GROUP, INC., AUTOMATED COLLECTION SERVICES, INC., WINDHAM PROFESSIONALS, INC., TEXAS GUARANTEED STUDENT LOAN CORP.,**
*Intervenor-Defendants*

**ALLTRAN EDUCATION, INC.,**
*Intervenor-Defendant-Appellant*

———————————

2017-2156

———————————

Appeal from the United States Court of Federal Claims in No. 1:17-cv-00493-SGB, Chief Judge Susan G. Braden.

-------------------------------------------------------------------------------

**ALLTRAN EDUCATION, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

**PREMIERE CREDIT OF NORTH AMERICA, LLC, GC SERVICES LIMITED PARTNERSHIP, FINANCIAL MANAGEMENT SYSTEMS, INC., CBE GROUP, INC., VALUE RECOVERY HOLDINGS, LLC, WINDHAM PROFESSIONALS, INC.,**
*Intervenor-Defendants-Appellees*

———————

2017-2157

———————

Appeal from the United States Court of Federal Claims in No. 1:17-cv-00517-SGB, Chief Judge Susan G. Braden.

-------------------------------------------------------------------------------

**PROGRESSIVE FINANCIAL SERVICES, INC.,**
*Plaintiff-Appellee*

**PERFORMANT RECOVERY, INC., COLLECTION TECHNOLOGY, INC., VAN RU CREDIT CORPORATION, ALLIED INTERSTATE LLC,**
*Intervenor-Plaintiffs-Appellees*

v.

**UNITED STATES,**
*Defendant*

**PREMIERE CREDIT OF NORTH AMERICA, LLC, GC SERVICES LIMITED PARTNERSHIP,**
*Intervenor-Defendants*

**ALLTRAN EDUCATION, INC.,**
*Intervenor-Defendant-Appellant*

———————

2017-2158

———————

Appeal from the United States Court of Federal Claims in No. 1:17-cv-00558-SGB, Chief Judge Susan G. Braden.

-------------------------------------------------------------------------------

**COLLECTION TECHNOLOGY, INC.,**
*Plaintiff-Appellee*

**PROGRESSIVE FINANCIAL SERVICES, INC.,**
*Plaintiffs-Appellees*

v.

**UNITED STATES,**
*Defendant*

**CBE GROUP, INC., PREMIERE CREDIT OF NORTH AMERICA, LLC,**
*Intervenor-Defendants*

**ALLTRAN EDUCATION, INC.,**
*Intervenor-Defendant-Appellant*

———————

2017-2159

———————

Appeal from the United States Court of Federal Claims in No. 1:17-cv-00578-SGB, Chief Judge Susan G. Braden.

-------------------------------------------------------------------------------

**VAN RU CREDIT CORPORATION,**
*Plaintiff-Appellee*

**PROGRESSIVE FINANCIAL SERVICES, INC.,**
*Intervenor-Plaintiff-Appellee*

**v.**

**UNITED STATES, PREMIERE CREDIT OF NORTH AMERICA, LLC,**
*Defendants*

**ALLTRAN EDUCATION, INC.,**
*Intervenor-Defendant-Appellant*

———————————

2017-2160

———————————

Appeal from the United States Court of Federal Claims in No. 1:17-cv-00633-SGB, Chief Judge Susan G. Braden.

———————————

**ON MOTION**

———————————

PER CURIAM.

# O R D E R

Alltran Education, Inc. submits motions for stays pending appeal of the May 31, 2017 preliminary injunctions entered in the above-captioned appeals by the United States Court of Federal Claims.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeals are consolidated. The revised official caption is reflected above. Alltran's opening brief is due no later than August 14, 2017.

(2) Any responses to Alltran's motions are due no later than June 27, 2017. Alltran's reply to the responses is due no later than June 30, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26