# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 17-2155 - Continental Service Group Inc. v. US

## Brief of Appellant Pioneer Credit Recovery, Inc. (Confidential/Non-Confidential)

## **ORDER**

The foregoing, having been received and examined, is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief must be filed within 14 days from the date of this order or there could be adverse consequences. The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief.

Calculation for the next filing starts from the service date of the original version, not the corrected version.

FOR THE COURT

August 15, 2017

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: Jonathan Scott Aronie
Todd John Canni
Jeffery M. Chiow
Thomas Andrew Coulter
Seamus Curley
James Fontana
Daniel Ruben Forman
William Marshall Jack
David R. Johnson
Steven Michael Mager
Stuart Nibley
Anuj Vohra

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 17-2155 - Continental Service Group Inc. v. US

The Brief of Appellant Pioneer Credit Recovery, Inc. (Confidential/Non-Confidential) has been rejected for following reasons:

- Some references in the brief to pages of the appendix do not follow the numbering format specified by Fed. Cir. R. 30(b)(4)(E). Fed. Cir. R. 28(f). Specifically, the following types of references are non-compliant:
    - Abbreviated page ranges – Ex. "Appx102042-43" (pg. 3) – When referring to a range of appendix pages, both the first and last number in the range must be listed in their entirety. For the example, the correct reference would be "Appx102042-102043."
    - "Appx#, #" – Ex. "Appx810022, 810027" (pg. 5) – When referring to multiple pages or page ranges, each individual page or range must be preceded by "Appx." For the example, the correct reference would be "Appx810022, Appx810027."

  Please ensure all references in the corrected brief are compliant.

- The page containing redacted material in the non-confidential appendix is not text-searchable. All filings submitted to the court must be text-searchable in their entirety. Fed. Cir. R. 25(c)(1)(K); Fed. Cir. R. 25(d)